DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBORAH WHITMORE TEXTOR,**
Appellant,

v.

**SEAN HEYNIGER, et al.,**
Appellees.

No. 4D22-2819

[July 6, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jamie Goodman, Judge; L.T. Case No. 502021CA004392.

Alan M. Burger of McDonald Hopkins LLC, West Palm Beach, for appellant.

Eric C. Christu and Michael A. Munoz of Shutts & Bowen LLP, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***